UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BETTY GRAHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:08-CV-299 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY and SCOTT DAVIS ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS** the motions to dismiss of Defendants Scott Davis (Court File No. 5) and Liberty Mutual Insurance Company (Court File No. 7) and **DISMISSES** the case. The Court **GRANTS** Defendant Davis's motion for sanctions (Court File No. 12) in that it **DIRECTS** the Clerk's office not to accept any further filings from Plaintiff against Defendants Davis or Liberty Mutual Insurance Company. Should Plaintiff wish to file any further complaints against these Defendants, she must obtain express permission of the Court, and a magistrate judge must certify the complaint is not frivolous.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**